Lewis E. Hudnell, III (CASBN 218736)
Email: lewis@colvinhudnell.com
**COLVIN HUDNELL LLP**
555 California Street, Suite 4925
San Francisco CA 94104
Telephone: 415-659-1866
Facsimile: 347.772.3034

Winston O. Huff (admitted *pro hac vice)*
whuff@huffip.com
Deborah Jagai (admitted *pro hac vice)*
djagai@huffip.com
**W. O. HUFF & ASSOCIATES, PLLC**
302 Market Street, Suite 450
Dallas, TX 75202
Telephone: 214.749.1220
Facsimile: 469.206.2173

**ATTORNEYS FOR PLAINTIFF
TOUCHSCREEN GESTURES LLC**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| TOUCHSCREEN GESTURES LLC, | No. 3:13-cv-03442-JSW |
| Plaintiff, | |
| v. | ORDER ~~TO RELATE CASES~~ DENYING MOTION TO RELATE WITHOUT PREJUDICE |
| LG ELECTRONICS INC., *et al.,* | |
| Defendants. | |

An Unopposed Motion for Administrative Relief to Consider Whether Cases Should be Related or a *sua sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

Case No. 3:13-cv-1772-WHA        Touchscreen Gestures LLC v. HTC Corporation, et al.

Case No. 3:13-cv-03442-JSW        Touchscreen Gestures LLC v. LG Electronics, Inc., et al.

~~**I find that this case is related to the case assigned to me.** _____~~

~~Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by Federal Rules of Civil Procedure16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.~~ The Court DENIES the motion without prejudice to renewing it before Judge Alsup, in case 13-1772. See N.D. Civ. L.R. 3-12(b).

Dated: __August 27, 2013__          Judge *Jeffrey S White*

**CLERK'S NOTICE**

~~**The Court has reviewed the motion and determined that no cases are related and no reassignments shall occur.**~~

~~**DATED:** _____~~          **Richard W. Weiking, Clerk**
                                          **By:** _____
                                                  **Deputy Clerk**

ORDER                              2                        Case No. 3:13-cv-03442-JSW