IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOUCHSCREEN GESTURES LLC, | No. C 13-03442 WHA |
| Plaintiff, | |
| v. | **NOTICE RE CASE MANAGEMENT SCHEDULE** |
| LG ELECTRONICS INC., et al., | |
| Defendants. | |

The Court is inclined to adopt in this action the case management schedule from 3:13-cv-01772-WHA and the other related actions. The parties may file objections to this plan by **SEPTEMBER 18 AT NOON**.

**IT IS SO ORDERED.**

Dated:  September 10, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE