Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOUCHSCREEN GESTURES LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>LG ELECTRONICS INC., et al.,<br><br>Defendant(s). | Case No: 3:13-cv-03442-\<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Lora A. Brzezynski, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: LG ELECTRONICS INC. in the above-entitled action. My local co-counsel in this case is Renzo N. Rocchegiani, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>McKenna Long & Aldridge LLP<br>1900 K Street, N.W., Washington, DC 20006 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>McKenna Long & Aldridge LLP<br>4435 Eastgate Mall, Suite 400, San Diego, CA 92121 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(202) 496-7239 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(619) 595-8032 |
| MY EMAIL ADDRESS OF RECORD:<br>lbrzezynski@mckennalong.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>rrocchegiani@mckennalong.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 444261.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/02/13

/s/ Lora A. Brzezynski
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Lora A. Brzezynski is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 3, 2013.

William Alsup
United States District Judge

PRO HAC VICE APPLICATION & ORDER