IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOUCHSCREEN GESTURES, LLC,

    Plaintiff,

v.

LG ELECTRONICS INC., and LG ELECTRONICS MOBILECOMM U.S.A., INC.,

    Defendants.

No. C 13-03442 WHA

**ORDER DENYING AGREED MOTION TO STAY ALL DEADLINES FOR DEFENDANTS**

The parties have filed a two-sentence agreed motion to stay all deadlines for defendants in this action for 30 days so that "the parties may finalize settlement documents." While the Court encourages the parties to engage in settlement discussions, the parties have failed to provide good cause for granting their proposed extension. As stated in the case management order, please do not ask for any extensions on the ground of settlement discussions (Dkt. No. 51). All existing deadlines remain in place.

**IT IS SO ORDERED.**

Dated: December 12, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE